■ JAMES P. CREEGAN et al., Individually and as Parents of TRACY CREEGAN and Others, Infants, Appellants, v. SIGMUND SCZYKNO, Doing Business as MORLOT-PLAZA SERVICE, et al., Respondents.— Order, entered on April 26, 1965, granting motion to dismiss complaint on the ground of *forum non conveniens*, unanimously reversed, on the law and on the facts, with $30 costs and disbursements to appellants, and the motion denied. The accident herein was a three-car collision on Webster Avenue in Bronx County. All of the parties involved are residents of New Jersey. Where the accident occurs here, our courts may not refuse to entertain the action (*de la Bouillerie* v. *de Vienne*, 300 N. Y. 60; *Ginsburg* v. *Hearst Pub. Co.*, 5 A D 2d 200, affd. 5 N Y 2d 894). If this were a matter of discretion, we believe that the proper exercise is to provide for the trial in the jurisdiction in which the accident took place whenever this is feasible. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of ESTELLE GELROD, Mother, on Behalf of DAVID LEVINE and Others, Respondent, v. BERNARD B. LEVINE, Appellant.— Order, entered on June 30, 1965, unanimously reversed, on the law, and on the facts, without costs and without disbursements, and the matter remanded for a hearing. We do not find it necessary to pass on the legal sufficiency of the original petition under section 461 of the Family Court Act since no objection was raised by either party to the proceeding under section 423 of the Family Court Act. It is not possible to review the award of $1,800 for the Summer camp since no record has been made. There was no proof before the court at the time the order was made. The requirement of a hearing is not met by colloquy between court and counsel. (*Matter of Schwartz* v. *Schwartz*, 23 A D 2d 204.) The right to a trial of the issues involves due process (*New York Life Ins. Co.* v. *Guttag Corp.*, 265 N. Y. 292, 297) and may not be infringed despite a congested calendar. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.